United States District Court
Southern District of Texas
**ENTERED**
May 01, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Randy William Brast, | § |
| Plaintiff, | § |
| v. | § Civil Action No. H-23-1338 |
| Jerry L. Polasek and Sue G. Polasek, | § |
| Defendants. | § |

## O R D E R

On April 30, 2023, Plaintiff, Randy William Brast, filed a Notice of Voluntary Dismissal (docket no. 7) stipulating to the voluntary dismissal of this action against Defendants, Jerry L. Polasek and Sue G. Polasek, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, this Court accepts the stipulation and this action is hereby **DISMISSED WITHOUT PREJUDICE** against refiling the same.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 1st day of May, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE